# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WIRELESSWERX IP LLC, | |
| Plaintiff, | |
| v. | Civil Action No. 1:25-cv-00877-CFC |
| MAZEMAP INC., | |
| Defendant. | |

## [PROPOSED] ORDER GRANTING JOINT MOTION TO STAY PENDING REEXAMINATION

Before the Court is the Parties Joint Motion to Stay Pending Reexamination.

Having considered the motion, and for good cause shown, the motion is hereby GRANTED.

IT IS SO ORDERED.

Signed this _____ day of _____, 2026

_____
CHIEF UNITED STATES DISTRICT JUDGE