# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WIRELESSWERX IP LLC,<br><br>Plaintiff,<br><br>v.<br><br>MAZEMAP INC.,<br><br>Defendant. | Civil Action No. 1:25-cv-00877-CFC |

## JOINT MOTION TO STAY PENDING REEXAMINATION

Plaintiff WirelessWerx IP LLC ("WirelessWerx") and Defendant MazeMap Inc. ("MazeMap") (collectively, "the Parties") jointly move the Court to vacate all pending deadlines and stay all proceedings in this action until after the USPTO completes its pending reexamination of U.S. Pat. No. 7,323,982 ("the '982 Patent").

The USPTO is currently conducting an *ex parte* reexamination of the '982 Patent, which is the only patent asserted in this case. On August 25, 2025, the USPTO ordered *ex parte* reexamination in view of the determination that the prior art raises a substantial new question of patentability as to all the asserted claims of the '982 Patent. An Office Action is expected next.

This case is in its infancy. The parties have not started discovery or claim construction briefing, and a trial date has not yet been set. There are no pending motions. A stay will conserve resources and avoid the risk of needing to redo discovery and claim construction in the event WirelessWerx's patent claims are amended or canceled during the reexamination.

WHEREFORE, the Parties respectfully request the Court grant the foregoing Joint Motion to Stay and enter the proposed Order filed herewith.

Dated: January 7, 2026

| | |
|---|---|
| **GARIBIAN LAW OFFICES, P.C.** | **FISH & RICHARDSON P.C.** |
| /s/ *Antranig Garibian* | /s/ *Grayson P. Sundermeir* |
| Antranig Garibian (DE Bar No. 4962) | Grayson P. Sundermeir (#6517) |
| 1523 Concord Pike, Suite 400 | 222 Delaware Ave., 17th Floor |
| Wilmington, DE 19803 | Wilmington, DE 19801 |
| (302) 722-6885 | (302) 652-5070 (Telephone) |
| ag@garibianlaw.com | sundermeir@fr.com |
| | |
| **COUNSEL FOR PLAINTIFF** **WIRELESSWERX IP LLC** | Neil J. McNabnay |
| | Lance E. Wyatt |
| | Brandon S. Avers |
| | 1717 Main Street, Suite 5000 |
| | Dallas, TX 75201 |
| | (214) 747-5070 (Telephone) |
| | mcnabnay@fr.com |
| | wyatt@fr.com |
| | avers@fr.com |
| | |
| | **COUNSEL FOR DEFENDANT MAZEMAP INC.** |